1:20-cv-06118
Judge Robert Gettleman
Magistrate Judge Maria Valdez
PC 12

RECEIVED
OCT 14 2020 SH
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES CT.
NOTHERN DISTRICT OF ILL.
LAW DIVISION

Mitchell )
vs )
Yate's et al )

## Petition of Mandamus

Now Come's plaintiff, Dannel M. Mitchell, pro se, petioner in order to give notice to the Court for leave to file a petition of Mandamus pursuant to Code of Civil PROCEDURE 735 ILCS 5/14-101 et. Seq., directed to the above named defendant's. In, support thereof, plaintiff State's as follow's that petitioner has repeatedly written defendant, and is being ignored. Petitioner is being discriminated against because he is an repeat offender whom have fallen pray to recividism due to an white supremacy infrastructure, in which it's ineptness adopted in an subtle nature includeing cynical

(1 of 7)

Act's/w deceptive cognitive, culpable deceit by past behaviour by defendant in an insipid act's toward petioners wellbeing. Defendant has caused injuries to petitioner's inalieanable constitutional right's. Defendant has done this by an subtle act of procureing "an" NOT SO [obvious] distaste, bias, prejudicial, discriminatory-paradigm of an well intented orderly planned campaign of an insidious act of an vile hate that was deceptive in nature, and has been difficult to detect bewildering petitioner. Defendant(s) has told petitioner that he is an healthy young man, and that he can work, [THAT "THERE"] isn't much the legal AIDS COUNCIL can do for petitioner. Defendant's nonverbal communication (i.e. body language) spoke to petitioner loud, and clear that he was not wanted, (2 of 7) nor liked by defendant, includeing defendant did not in a

professional manner giveing petitioner the proper legal Council needed to get SSI disability benefit's. Therefore, defendant did Not do his ethical, leagal duty as an recipient of federal fund's to throughly investigate petitioner mental, and physical disabilities. Petitioner get's the feeling that defendant Thomas does not like petitioner. Defendant's office also lost petitioner's Illinois Identification Card when petitioner needed it the most inwhich it is state law under the Homeland Security Act. Petitioner has, and is currently suffering from, and takeing medication for the Acquired Immune Defenciency Syndrome, AIDS-Dementia, Discitis, Major Depression, P.T.S.D, Obsessive Compulsive disorder, Acute Arthritis, Migraine headache's, and Peripheral Nuropathy, includeing Chronic homeless-ness,
(3of7) and a surviveing rape victim, and

not limited to the disease of addiction. John Pellar of the AIDS Foundation of Chicago has participated in deliberate indifference because plaintiff has written his office for assistance to no avail. Petitioner is eligible for persumptive payment's however defendant never exhausted any options to assist petitioner in his being able to receive any disability payment's, or at least temporary emergency payment's. Petitioner is in an constant state of excruciating pain, and mental anguish. Defendant's know's this, but still avoid assisting petitioner c/w their resources. Petitioner over an 23 year period have been hospitalized for mental, emotional, and/or physical maladies at:
1) Northwestern University Hospital, 251 E. Huron St., Chicago, IL 60611,
2) Children's memorial Hospital, Chicago, IL,
3) Union County Hospital, (4a67) 517 N. Main St, Anna, IL 62906,

4) CORE Center, 2020 W. Harrison St., Chicago, IL 60612, 5) Cook County Hospital, 1969 Ogden Ave., Chicago, IL, 60612, 6) Cermack Healthcare CCDOC, 2600 S. California, Chicago, IL 60608, 7) Order of Saint Francis Hospital, 530 NE Glen Oak Ave, Peoria, Ill 61637, 8) St. Louis University Hospital, 1201 S. Grand Blvd, St. Louis, MO 63104, 9) John Madden Health Center, 1200 S. 1st Ave, Maywood, Ill 60153, 10) Tinley Park Mental Health Center, 7400 183rd St, Tinley Park, Ill 60477, 11) Rush University Medical Center, 1620 W. Harrison St, Chicago, Ill 60612, and 12) Jackson Park Hospital, 7531 S. Stony Island Ave, Chicago, Ill 60649, Petitioner remind that # 13) IDOC Medical/Mental Health Records need to be added to the list. Petitioner seek assistance from defendant Thomas CEO of the AIDS Legal Council, and petitioner is eligible for services. (5 of 7)

Petitioner is in the process of completing his SSI Disability packet, and seek assistance from defendants, and to also receive State ID, and not to be lost by defendant. Petitioner release from IDOC custody here @ Lincoln C.C is imminent. Petitioner's current outdate is 2.13.21, however defendant will be released from custody earlier pending the crediting of Earned Discretionary Sentence Credit of 6 months, therefore giving petitioner an early release. Petitioner seek to compel this honorable court to order defendants to not violate plaintiff's inalienable U.S.A Constitutional rights, and to adhere to plaintiff's right of defendants complying /w 1) The Homeless Emergency, and RAPID transition to homeless Act, 2) The Social Security Disability Act,

(6 of 7)

3) Ryan White Care Act, 4) HIPPA Laws, 5) Persumptive payment's/SSI emergency payment's, 6) American's /w Disability Act, 7) Freedom of Information Act, 8) Homeland Security Act. Thusly, petitioner seek's that this honorable court compel defendant's to "OBLIGE" petitioner's inalienable U.S.A. constitutional exerciseing of his right's henceforth in an expedited fashion. Petitioner also designate that defendant's have 10 day's to respond, and answer summon's. Thusly, defendant's ["could"] be susceptible to a "federal" complaint. Respectfully Submitted,

Dated: 10-6-20   /S/ D Mitchell
                 Dannel Mitchell
                 Pro Se Petitioner

GOD BLESS AMERICA

(7 of 7)





10/14/2020-1

1:20-cv-06118
Judge Robert Gettleman
Magistrate Judge Maria Valdez
PC 12



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016